IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN R. DEMOS, )
)
          Plaintiff, )
)
v. ) No. 05 C 6892
)
JOHN DOE/CHAIRMAN KEEBLER FOODS )
COMPANY, )
)
          Defendant. )

## MEMORANDUM ORDER

This Court's December 9, 2005 memorandum order ("Order") dismissed the action that John Demos ("Demos") had frivolously sought to advance against someone whom he describes as "John Doe," the Chairman of Keebler Foods Company ("Keebler"). Now the indefatigable Demos[1] has filed what he labels a "Motion To Amend the Complaint." For the reasons stated here, that motion is denied out of hand.

To begin with, Demos obviously does not understand that lawsuits are not (or at least should not be) a game--it is improper to change the facts to fit what a litigant believes to be the law. So his effort to boost his purported damages from $12,000 to $50,000 will not work to confer federal jurisdiction where it does not exist as a matter of objective good faith (quite apart from the fact that the proposed new ad damnum does

---

[1] As Order at 3 stated, he is the author of well over 400 previous federal lawsuits, including more than 20 in this Northern District of Illinois.

not confer diversity jurisdiction either).

More importantly, Demos' filing has caused this Court to take a more careful look at the materials that had been provided by this District Court's Staff Attorney's Office. That information discloses (unsurprisingly) that Demos has accumulated more than three "strikes" for purposes of 28 U.S.C. §1915(g)("Section 1915(g)"). And that being so, this Court revokes its earlier grant of in forma pauperis status, for as a prisoner Demos is now expressly forbidden to bring this or any other civil action under Section 1915 (that is, in forma pauperis).

Accordingly, Demos' current motion is denied. Moreover, he is advised that so long as he remains a prisoner he is forbidden to bring this or any other federal lawsuit without paying the full filing fee in advance, unless he comes within the very limited exception provided by Section 1915(g).

					_____
					Milton I. Shadur
					Senior United States District Judge

Date: January 3, 2006